

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2022

No. 04-22-00529-CR

Jenelius O. **CREW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12785
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 368 U.S. 738 (1967); however, the brief is not accompanied by an exhibit showing that counsel has 1) notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court and 2) provided appellant with a form motion for this purpose and a mailing address for this court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.) We therefore **ORDER** appellant's attorney to file a response indicating he has complied with the above *Kelly* requirements **by January 6, 2023.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court